COLT B. DODRILL, ESQ.
Nevada Bar No. 9000
CHRISTIAN A. MILES, ESQ.
Nevada Bar No. 13193
WOLFE & WYMAN LLP
6757 Spencer Street
Las Vegas, NV 89119-3724
Phone: (702) 476-0100
Fax: (702) 476-0101
cbdodrill@wolfewyman.com
camiles@wolfewyman.com

Attorneys for Plaintiff
DITECH FINANCIAL LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ALIANTE MASTER ASSOCIATION, a Nevada Non-Profit Cooperative Corporation; MORNINGSTAR INVESTMENT GROUP, LLC, a Nevada limited liability company; and DOES I through X, inclusive,<br><br>　　　　　　　Defendants. | CASE NO. 2:16-cv-01939-RFB-PAL<br><br>**DITECH FINANCIAL LLC'S STIPULATION AND PROPOSED ORDER TO EXTEND THE DEADLINE TO FILE A RESPONSE TO ALIANTE MASTER ASSOCIATION'S MOTION TO DISMISS** |

DITECH FINANCIAL LLC and ALIANTE MASTER ASSOCIATION, by and through their undersigned counsel of record, hereby stipulate to extend Ditech Financial LLC's deadline to file its Response to Aliante Master Association's Motion to Dismiss to October 31, 2016.

///
///
///
///
///
///
///
///

1

2582076.1



1  A proposed Order regarding this stipulation is attached hereto as Exhibit A.

2  **IT IS SO STIPULATED.**

3  DATED:  October 20, 2016          WOLFE & WYMAN LLP

4

5                                    By: */s/ Christian A. Miles*
                                          COLT B. DODRILL, ESQ.
6                                         Nevada Bar No. 9000
                                          CHRISTIAN A. MILES, ESQ.
7                                         Nevada Bar No. 13193
                                          6757 Spencer Street
8                                         Las Vegas, NV 89119

9                                         Attorneys for Plaintiff,
10                                        DITECH FINANCIAL LLC

11

12

13 DATED:  October 20, 2016          LEACH JOHNSON SONG & GRUCHOW

14

15                                   By: */s/ T. Chase Pittsenbarger*
                                          SEAN L. ANDERSON
16                                        Nevada Bar No. 7259
                                          T. CHASE PITTSENBARGER
17                                        Nevada Bar No. 13740
                                          8945 W. Russell Road, Suite 330
18                                        Las Vegas, NV 89148

19                                        Attorneys for Defendant,
20                                        ALIANTE MASTER ASSOCIATION

21

22

23

24

25

26

27

28

2582076.1

# Exhibit A

2582076.1

**COLT B. DODRILL, ESQ.**
Nevada Bar No. 9000
**CHRISTIAN A. MILES, ESQ.**
Nevada Bar No. 13193
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV 89119-3724
Phone: (702) 476-0100
Fax: (702) 476-0101
cbdodrill@wolfewyman.com
camiles@wolfewyman.com

Attorneys for Plaintiff
DITECH FINANCIAL LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ALIANTE MASTER ASSOCIATION, a Nevada Non-Profit Cooperative Corporation; MORNINGSTAR INVESTMENT GROUP, LLC, a Nevada limited liability company; and DOES I through X, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 2:16-cv-01939-RFB-PAL<br><br>**DITECH FINANCIAL LLC'S PROPOSED ORDER TO EXTEND THE DEADLINE TO FILE A RESPONSE TO ALIANTE MASTER ASSOCIATION'S MOTION TO DISMISS** |

　　　　Pursuant to the Stipulation of Ditech Financial LLC and Aliante Master Association, and good cause appearing therefore,

　　　　IT IS HEREBY ORDERED that Plaintiff DITECH FINANCIAL LLC shall have up to and including October 31, 2016 to respond to Defendant ALIANTE MASTER ASSOCIATION's Motion to Dismiss.

　　　　DATED this __24th__ day of October, 2016.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Richard F. Boulware II
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

2582076.1