COLT B. DODRILL, ESQ.
Nevada Bar No. 9000
WOLFE & WYMAN LLP
6757 Spencer Street
Las Vegas, NV  89119
Tel: (702) 476-0100
Fax: (702) 476-0101
cbdodrill@wolfewyman.com

Attorneys for Plaintiff
DITECH FINANCIAL LLC f/k/a
GREEN TREE SERVICING LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ALIANTE MASTER ASSOCIATION, a Nevada Non-Profit Cooperative Corporation; MORNINGSTAR INVESTMENT GROUP, LLC, a Nevada limited liability company; and DOES I through X, inclusive,<br><br>　　　　　　Defendants. | CASE NO.  2:16-cv-01939-RCJ-CWH<br><br>**MOTION FOR CHANGE OF ATTORNEY DESIGNATION** |

**TO: THE HONORABLE COURT, AND TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

　　　　**PLEASE TAKE NOTICE** that Christian A. Miles, Esq., is no longer employed at the firm of WOLFE & WYMAN LLP, and is therefore no longer counsel of record in the above-captioned matter and should be removed from all further notices.

///

///

///

///

///

///

///

1

2662645.1

The attorney assigned by the firm to be noticed of all further filings and hearings is as follows:

**Colt B. Dodrill, Esq. (Nevada Bar No. 9000)**
cbdodrill@wolfewyman.com

DATED:  March 1, 2017                            WOLFE & WYMAN LLP


By: /s/ *Colt B. Dodrill*
COLT B. DODRILL, ESQ.
Nevada Bar No. 9000
WOLFE & WYMAN LLP
6757 Spencer Street
Las Vegas, NV  89119

Attorneys for Plaintiff
DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING LLC

IT IS SO ORDERED this 6th day of March, 2017.


Peggy A. Leen
United States Magistrate Judge

2

2662645.1

# CERTIFICATE OF SERVICE

On March 1, 2017, I **MOTION FOR CHANGE OF ATTORNEY DESIGNATION** by the following means to the persons as listed below:

    __X__    a.    ECF System (you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary):

Timothy C. Pittsenbarger, Esq.
Sean L. Anderson, Esq.
LEACH JOHNSON SONG & GRUCHOW
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
Email: cpittsenbarger@leachjohnson.com
Email: sanderson@leachjohnson.com
Attorneys for ALIANTE MASTER ASSOCIATION

Tara D Newberry, Esq.
CONNAGHAN NEWBERRY LAW FIRM
7854 W. Sahara Avenue
Las Vegas, NV 89117
Email: tnewberry@cnlawlv.com
Attorneys for MORNINGSTAR INVESTMENT GROUP, LLC

    _____    b.    United States Mail, postage fully pre-paid (List persons and addresses.  Attach additional paper if necessary):

By:    */s/ Lucille Chiusano*
        Lucille Chuisano
        An employee of WOLFE & WYMAN LLP

2662645.1